MAURIE RUBENS v. JOSEPH N. WEBER and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

M. STANLEY TWEEDIE v. SUBMARINE BOAT CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

CONRAD PROEST v. NEW YORK CENTRAL RAILROAD COMPANY and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

RUFUS L. WILBOR, Respondent, v. CHANDLER & COMPANY, INC., and PERCY M. CHANDLER, Appellants.— Order modified by striking out the provision permitting plaintiff to inspect the books, records and papers of defendant Chandler & Company, Inc., or to make abstracts, memoranda or copies of the contents of said books, records and accounts; the books, records and papers to be produced for the purpose of refreshing recollection or to be offered in evidence, without prejudice to plaintiff's right to move for discovery and inspection after completion of examination; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

## SECOND DEPARTMENT, JANUARY, 1933.

In the Matter of the Application of NORMAN S. DIKE for Appointment as Official Referee.—Application granted. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CECELIA McCORMICK, Defendant. Matter of SANTA SPALUZZI, Appellant.— On argument, order dismissing writ of habeas corpus affirmed. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

DAVID P. WADE, Respondent, v. WALTER N. RUVMAN, Also Known as WALTER N. ROWMAN, Appellant.—Appeal dismissed on call of calendar, there being no appearance. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANTA SPALUZZI, Appellant, v. WARDEN OF CIVIL PRISON, KINGS COUNTY, Respondent.— On argument, order dismissing writ of habeas corpus affirmed, without prejudice to the right of appellant to renew motion to reduce bail if trial of McCormick is not begun on January 30, 1933. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESTER VAN PELT, Appellant.—Appeal dismissed on call of the calendar, there being no appearance. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARGARET ZSUFFA, Appellant.—Appeal dismissed on call of the calendar, there being no appearance. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

BACTERIAL SEWAGE PURIFICATION COMPANY, Respondent, v. NATHAN STRAUS, JR., Appellant, and HELEN SACHS STRAUS, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.